United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | |
|---|---|
| QIURONG ZHU, | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | §     CIVIL ACTION NO. 5:25-CV-00239 |
| | § |
| KRISTI NOEM, *et al.*, | § |
| | § |
| Respondents. | § |

## <u>ORDER</u>

Pending before the Court is Qiurong Zhu's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1.) Petitioner lists the following as respondents in their official capacities: U.S. Secretary of Homeland Security Kristi Noem; Acting Director of U.S. Immigration and Customs Enforcement Todd Lyons; Department of Homeland Security; U.S. Attorney General Pamela Bondi; Immigration and Customs Enforcement Field Office Director Miguel Vergara; and Warden of Laredo Detention Center. (Dkt. 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response and serve it on Petitioner no later than **<u>December 10, 2025</u>** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. Petitioner is **ORDERED** to submit a reply to Respondent's response by **<u>December 17, 2025.</u>**

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order on Respondents via certified mail.

Respondent U.S. Department of Homeland Security Secretary Kristi Noem or her designee may be served at:

1 / 3

**Kristi Noem**
**U.S. Department of Homeland Security**
**Office of General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

Respondent Acting Director of U.S. Immigration and Customs Enforcement Todd Lyons

may be served at:

**Todd Lyons**
**Acting Director of Immigration and Customs Enforcement**
**500 12th Street SW**
**Washington, D.C. 20536**

Respondent Attorney General Pamela Bondi or her designee may be served at:

**Pamela Bondi**
**United States Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, D.C. 20530**

Respondent Immigration and Customs Enforcement Field Office Director Miguel Vergara

or his designee may be served at:

**Miguel Vergara**
**Field Office Location**
**1717 Zoy Street**
**Harlingen, TX 78552**

Respondent Warden of the Laredo Detention Center or their designee may be served at:

**Warden of Laredo Detention Center**
**4702 E Saunders St,**
**Laredo, TX 78041**

The Clerk of Court is also DIRECTED to serve a copy of the Petition, (Dkt. 1), and this

Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas

J. Ganjei at:

**Nicholas J. Ganjei**
**1000 Louisiana St.,**

**Suite 2300,**
**Houston, Texas 77002**

The Clerk is also DIRECTED to serve a copy of the Petition, (Dkt. 1), and this Order via

certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office**
**11204 McPherson Road, Suite 100A**
**Laredo, Texas 78045**

Additionally, in order to maintain the status quo while the Court considers Petitioner's

habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents

may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending.

*See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.

SIGNED this December 2, 2025.

_____
Diana Saldaña
United States District Judge